# Entity Information

## Entity Information

| | |
| --- | --- |
| Entity Name: | Aston Technologies, Inc. |
| Entity ID: | 08296782 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 03/26/2018 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 03/26/2018 |
| Status Date: | 03/26/2018 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $50.00 |

## Registered Agent Information

| | |
| --- | --- |
| RA Type: | Individual |
| Locality: | FAIRFAX |
| RA Qualification: | Director of the Corporation |
| Name: | JEFF XU |
| Registered Office Address: | 14303-G SULLYFIELD CIR., CHANTILLY, VA, 20151 - 0000, USA |

## Principal Office Address

Address: 14303 Sullyfield Cir Ste G, Chantilly, VA, 20151 - 1631, USA

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc


EXHIBIT 1

Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President | Yes | JEFF XU | 14303 Sullyfield Cir Ste G, CHANTILLY, VA, 20151 - 6680, USA | 02/15/2020 |
| Vice President | Yes | LIQIU XU | 14303 Sullyfield Cir Ste G, CHANTILLY, VA, 20151, USA | 02/15/2020 |

Current Shares

Total Shares: 100

Filing History      RA History      Name History      Previous Registrations

Garnishment Designees      Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov

交通银行股份有限公司离岸金融业务中心

Date: 2018.6.22

90,000.00

| | | | |
|---|---|---|---|
| 50: | 汇款申请人 Applicant | | |
| | 请于下列账户支付汇款金额 Please Debit the Payment from my account | | 请于下列账户支付手续费 Please Debit the charge form my account |
| | 币种 (CYY): 账号 (A/C No.): | | 币种 (CYY): 账号 (A/C No.): |
| 56: | 收款人开户银行的代理行 Intermediary Bank | SWIFT Code: 名称 & 地址: Name & Address: | Fedwire/CHIPS ABA etc: |
| 57: | 收款人开户银行 Beneficiary Bank | SWIFT Code: 名称 & 地址: Name & Address: 4001 | Fedwire/ABA/CHIPS UID etc: USA 20151 USA |
| 59: | 收款人 Beneficiary | 账号(Account No./IBAN): 名称 & 地址: Name & Address: | Y 20151 USA |
| 70: | 汇款附言 M/S to Ben | | (less than 50 words) |

汇款用途（请选择用途代码1-17）Purpose: Please select the purpose code 1-17
如选择17，请自行填写Other

☐ SHA 汇款人承担汇款行手续费
The Remitting Bank's Charge are for account of Applicant

☐ OUR 汇款人承担汇款行手续费及汇款行代理行手续费
The Remitting bank and the Remitting Intermediary Bank's Charge are for account of Applicant

☐ BEN 收款人承担所有手续费
All Banking Charges are for account of Beneficiary

☐ 全额到账汇款人承担所有手续费（收款行费用除外）
The Beneficiary require to receive the full payment, All Banking Charges are for account of Applicant (except beneficiary banking charges)

| 银行专用 FOR BANK USE ONLY | | NOTE: |
|---|---|---|
| 报文类型 | ☐ MT103 ☐ 快汇 ☐ COVER1 ☐ COVER2 | 1.此通知书所列汇款以收款人的银行接受及兑付为准 The remittance set out in this advice is subject to the ACTUAL RECEIPT and ADVICE of the Beneficiary Bank |
| 预报关号码 挂销账编号 挂销账序号 汇款人账号 | BANK OFFSHORE BUSINESS | 2.此通知书需有本行印鉴及印签方为有效 This Advice valid only with validation line and Bank Seal |
| | | 3.请保留此通知书以备查考 Please retain this Advice for future reference |

EXHIBIT 2

# Aston Technologies, Inc.



**Terry Li**
Founder & Chairman
wentaoli@126.com

1403 Sullyfield Cir. Ste G
Chantilly, VA 20151 USA
www.astontechusa.com

Tel: 703-348-3777 Ext. 1000
Cell: 133-0417-2556
Fax: 703-348-3636

EXHIBIT 3

## Liaoning TomTop International Trading Co., LTD.
Room 101-003, No.49, Xinhai Street, Yingkou Area of Chinaa(Liaoning)Pilot Free Trade Zone

ORIGINAL

# COMMERCIAL INVOICE

| Shipper/Exporter | No. of Invoice | LNTT0524 |
| --- | --- | --- |
| Liaoning TomTop International Trading Co., LTD. Room 101-003, No.49, Xinhai Street, Yingkou Area of Chinaa(Liaoning)Pilot Free Trade Zone | Date: | 2019/5/24 |
| | SALES CONTRACT NO.: | G180608 |
| Buyer/Importer  Gleegraf Co.ltd  Kemp House, 152-160 City Road, London, England | Vessel/Voyage  MAERSK HANGZHOU V.922W | |
| | B/L NO.  BUKW1905013 | |
| Port of loading  XINGANG, CHINA | Final destination  Baltimore | Payment Terms  80% - advance payment, 20% - during 10 days after arrival of goods to the point of destination. |

| Marks & Nos. | Description of goods | Quantity (Piece) | Unit-price CIF BALTIMORE | Amount USD |
| --- | --- | --- | --- | --- |
| N/M | TIRE CHANGER | 8 | 760 | 6080 |
| | CAR LIFT | 19 | 865 | 16435 |
| | TIRE BALANCER | 26 | 395 | 10270 |
| | CAR WASHING MACHINE | 40 | 115 | 4600 |
| | TOTAL: | 93 | | 37385 |


EXHIBIT 4

ORIGINAL

# Liaoning TomTop International Trading Co., LTD.
Room 101-003, No.49, Xinhai Street, Yingkou Area of Chinaa(Liaoning)Pilot Free Trade Zone

## COMMERCIAL INVOICE

| Shipper/Exporter | No. of Invoice | LNTT0527 |
| --- | --- | --- |
| Liaoning TomTop International Trading Co., LTD. Room 101-003, No.49, Xinhai Street, Yingkou Area of Chinaa(Liaoning)Pilot Free Trade Zone | Date: | 2019/5/27 |
| | SALES CONTRACT NO.: | G180612 |

| Buyer/Importer | Vessel/Voyage |
| --- | --- |
| Gleegraf Co.ltd Kemp House, 152-160 City Road, London, England | MAERSK HANGZHOU V.922W |
| | B/L NO. BUKW1905014 |

| Port of loading | Final destination | Payment Terms |
| --- | --- | --- |
| DALIAN, CHINA | Baltimore | 80% - advance payment, 20% - during 10 days after arrival of goods to the point of destination |

| Marks & Nos. | Description of goods | Quantity (Piece) | Unit-price CIF BALTIMORE | Amount USD |
| --- | --- | --- | --- | --- |
| N/M | TIRE CHANGER | 38 | 745.00 | 28310.00 |
| | TIRE CHANGER | 2 | 2110.00 | 4220.00 |
| | TIRE NITROGEN GENERATOR | 2 | 615.00 | 1230.00 |
| | WHEEL ALIGNER | 1 | 3560.00 | 3560.00 |
| | LIFT | 1 | 10950.00 | 10950.00 |
| | LIFT | 1 | 2700.00 | 2700.00 |
| | GLASSWARE | 27 | 1.00 | 27.00 |
| | TOTAL: | 72 | | 50997.00 |


EXHIBIT 5



# Aston Technologies, Inc.

### Terry Li

12020 Sunrise Valley Dr Suite# 100 Reston, VA 20191 USA

Chairman of the board  Wentaoli@126.com

Tel: (202) 747-4977    www.astontechusa.com

EXHIBIT 6