FILED

Case No: 1:20-cv-000241

Date: March 18th, 2020

2020 MAR 23  P 12: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Plaintiff: LI WENTAO
Yingkou, China

Defendant:

Jeff Xu
Aston technologies Inc.
14303 Sullyfield Cir. Ste G
Chantilly, VA 20151

Answers to the complaint

1. I have never offered Li a majority ownership interest in Aston. In fact, Li has never discussed the shares and the ownership with me until November 2019. He asked for a majority shares, but I didn't accept his offer. I offered back 50% for each other. We have never come to an agreement in shares. There aren't any legal documents or anything in writing to determine the shares or the ownership between us.
2. In or about 2012, 2017, 2018, Li talked to me three times to ask me to join him for this business. I refused him in 2012 and 2017. In 2018 he asked me again and he said I didn't have to put investment; he would provide the funds. One of the reasons for him to put the investment is because he always wants to immigrate to the U.S. He has used an indirect way to start his plan of immigration.
3. Li is holding a 10-year U.S. tourist visa, but he always uses the tourist visa to enter to the States for illegal working purpose. He had been to Las Vegas twice and distributed his U.S. business card to many exhibitors in the SEMA show. He is afraid to carry his business card to enter to the U.S, because the contact info of Aston company and his title on the business card, and he is afraid that his U.S visa might be revoked and he had been forced to return to China if the U.S. Customs Border Protection found him fraud and misuse a tourist visa for illegal working in the States. So that's why he asked me to print his business card in the U.S.
4. As to the title on his business card, that was just a title for his respect because I am the president and CEO of Aston, what title would be respectful for him? There has never had any legal document to grant him as the Chairman.
5. Li lost his temper almost on every single issue. He always yelling, shouting, blaming to me for any issues included minor issues (I have witness). He always conducted me to use his Chinese way of thinking and his personal way to work in the U.S. even if he has no U.S. working experience. He always ignores U.S. laws, pirated intellectual property. For instance, he stole and copy some automotive equipment from some U.S. companies like Rotary, Coach etc.,(I have witness) and he

told me he could copy and produce exactly same machines as the name brands did and selling as fake name brands at a cheaper price in the State. He also was threatening me to use the word "destroy" me after disagreed with his input. And that are other reasons for me to refuse to be continuing working with him.

6. All Li's investment will be calculated by a certified account for accuracy.
7. All his investment will be returned to him after subtracting all the expenses, fees and taxes as well as his funds for personal use.
8. All his statements must be provided supporting documents. If he has all the legal documents or anything in writing to support his statements, please prove it.

Jeff Xu

Aston Technologies Inc.
14303 Sullyfield Cir
Chantilly, VA 20151

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

LI WENTAO
_____
           Plaintiff(s),

v.

Civil Action Number: 1:20-cv-000241

JEFF XU/Aston Technologies Inc.
_____
           Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of  Answer to the Complaint .
                                                              (Title of Document)

JEFF XU
_____
Name of *Pro Se* Party (Print or Type)

[signature]
_____
Signature of *Pro Se* Party

Executed on:  3/23/2020   (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                       (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)