UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WENTAO LI, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:20-cv-241 (LMB/TCB)<br>) |
| JEFF Z. XU, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel Discovery Responses and For Sanctions Against Defendants (Dkt. 30) is **GRANTED**; it is further

**ORDERED** that all objections entered by Defendant are **STRICKEN**. Defendant must re-answer all discovery requests within <u>eleven days</u> of this Order.

ENTERED this 4th day of September, 2020.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia