UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LI WENTAO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-000241 |
| | ) | |
| JEFF Z. XU, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 101.2(b)**

COMES NOW James T. Bacon, Esq. and the law firm of Allred, Bacon, Halfhill & Young, PC, and move this Honorable Court for leave to withdraw as counsel pursuant to Local Rules 1010.2(b) for the Defendants Jeff Z. Xu and Aston Technologies, Inc., and in support thereof states as follows:

1. The Defendants retained the services of James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, PC with respect to the above captioned matter.

2. Good cause exists to allow counsel to withdraw, specifically there has been a breakdown in the representation between the Defendants and counsel.

3. Plaintiff is not prejudiced by this Motion to Withdraw.

4. James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, PC have put the Defendants on notice of this Motion to Withdraw.

5. The names and last known addresses of Jeff Z. Xu and Aston Technologies, Inc. are as follows:

Aston Technologies, Inc.
14303 Sullyfield Cir, Suite G
Chantilly VA  20151

Jeff Z. Xu
14303 Sullyfield Cir, Suite G
Chantilly VA  20151

6. Counsel has attached the required certification pursuant to Local Rule 101.2(b), annexed to this Motion.

WHEREFORE, James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, PC move this Honorable Court for leave to withdraw and to be relieved as counsel for the Defendants Jeff Z. Xu and Aston Technologies, Inc. in this matter.

Dated: September 16, 2020                                   Respectfully submitted,
                                                             Allred, Bacon, Halfhill & Young, PC


ALLRED, BACON, HALFHILL, & YOUNG, P.C.

By:   /s/James T. Bacon
        James T. Bacon (VSB# 22146)
        11350 Random Hills Road
        Suite 700
        Fairfax, VA 22030
        703-352-1300
        703-352-1301 (fax)
        jbacon@abhylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2020, I caused the foregoing to be served via the Court's CM/ECF system on all counsel of record in this case and on the following via first class mail, postage prepaid:

Aston Technologies, Inc.
14303 Sullyfield Cir, Suite G
Chantilly VA  20151

Jeff Z. Xu
14303 Sullyfield Cir, Suite G
Chantilly VA  20151

/s/ James T. Bacon_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LI WENTAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-000241 |
| | ) |
| JEFF Z. XU, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, P.C.'s Motion to Withdraw, and any opposition thereto, it is this _____ day of _____, 2020, hereby,

ORDERED, that James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, P.C.'s Motion to Withdraw is GRANTED, and it is further,

ORDERED, that James T. Bacon, Esq. and Allred, Bacon, Halfhill & Young, P.C. are hereby release as counsel for the Defendants Jeff Z. Xu and Aston Technologies, Inc.

IT IS SO ORDERED.

_____
Honorable Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LI WENTAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-000241 |
| | ) |
| JEFF Z. XU, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATION OF COUNSEL**

COMES NOW James T. Bacon, Esq. and the law firm of Allred, Bacon, Halfhill & Young, PC, and certifies the following in accordance with Local Rule 101.2(b):

1. The names and last known addresses of Jeff Z. Xu and Aston Technologies, Inc. are as follows:

> Aston Technologies, Inc.
> 14303 Sullyfield Cir, Suite G
> Chantilly VA 20151
>
> Jeff Z. Xu
> 14303 Sullyfield Cir, Suite G
> Chantilly VA 20151

2. Counsel has provided and served notice on Aston Technologies, Inc. and Jeff Z. Xu at least seven (7) days prior to this filing advising Aston Technologies, Inc. and Jeff Z. Xu of Counsel's intent to withdraw and that Aston Technologies, Inc. and Jeff Z. Xu must obtain new counsel. Counsel has also advised Aston Technologies, Inc. and Jeff Z. Xu that should they fail to obtain new counsel, they may be subject to a default judgment.

Dated: September 16, 2020                                     Respectfully submitted,
                                                              Allred, Bacon, Halfhill & Young, PC


ALLRED, BACON, HALFHILL, & YOUNG, P.C.

By:  \_/s/James T. Bacon_____
     James T. Bacon (VSB# 22146)
     11350 Random Hills Road
     Suite 700
     Fairfax, VA 22030
     703-352-1300
     703-352-1301 (fax)
     jbacon@abhylaw.com