UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WENTAO LI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-241 (LMB/TCB) |
| | ) | |
| JEFF Z. XU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT AND RELEASE OF GARNISHMENT**

COMES NOW, Plaintiff-Judgment Creditor Wentao Li ("Plaintiff Li"), by and through undersigned counsel, and having received full satisfaction of judgment rendered in this cause, does hereby release and discharge the said judgment. In support thereof, Plaintiff Li states as follows:

On August 18, 2021, Plaintiff Li received a judgment in the United States District Court for the Eastern District of Virginia in the total amount of $267,523.00. [Dkt. Nos. 78 and 79]. On October 12, 2021, 38 garnishment summonses were issued to 19 Garnishees for $286,659.33.

On October 28, 2021 a check for $6,843.55 was placed in the Court's civil vault by garnishee Dunlap, Bennett & Ludwig. Later, on November 5, 2021, a second check was placed in the Court's civil vault by garnishee Wells Fargo Bank, N.A, for $5,251.90. On November 26, 2021, an attorney for Mr. Li retrieved the $12,095.45 in funds deposited in the Court's civil vault and placed them into a Client Trust Account for Plaintiff Li.

On November 17, 2021, an amended Answer was filed by Garnishee Bank of America, informing that $286,659.33 was being held from Defendant-Judgment Debtor Aston Tech's account. [Dkt No. 209]. On December 6, 2021, a check for $255,045.59 from Bank of America was deposited into the Client Trust Account for Plaintiff Li.

1

Finally, on November 18, 2021, Garnishee Amazon Payments, Inc. filed an Answer indicating that $21,782.80 was being withheld from the Defendants. [Dkt. No. 173]. On December 23, 2021 Amazon Payments, Inc. transferred $21,782.80 into the Client Trust Account for Plaintiff Li.

In total, $286,659.33 in funds have now been secured in a Client Trust account for Plaintiff Li and this judgment has been satisfied in full.

WHEREFORE, Plaintiff Li respectfully requests the Court find this judgment satisfied and remove all garnishments on Defendant-Judgment Debtor Jeff Z. Xu and Defendant-Judgment Debtor Aston Technologies, Inc, and release garnishments on all garnishees subject to this action.

Respectfully submitted,

**WENTAO LI**, by Counsel

/s/ J. Andrew Baxter
J. Andrew Baxter (VSB #78275)
General Counsel, P.C.
6849 Old Dominion Drive, Suite 220
McLean, VA 22101
703-556-0411
abaxter@gcpc.com
*Counsel for Plaintiff Li*

### CERTIFICATE OF SERVICE

I hereby certify that this 7th day of January, 2022, I caused the foregoing to be served via the Court's CM/ECF system on all counsel of record in this case.

/ s / J. Andrew Baxter