Date: Feb 1st, 2022

Case#: 1:20-cv-000241

Case Name: WENTAO LI v. JEFF Z. XU/Aston Technologies Inc.

Ref: Motion to release all the garnishments on Amazon, eBay, PayPal, Bank of America and Wells Fargo accounts, Landlord Sullyfield Properties etc.

Dear Judge,

Since Jan 7th, 2022 we've received the court order for releasing the garnishments. We have contacted the plaintiff's counsel General Counsel PC three times, but they didn't want to do it, they said the order is from the court not from him. We also contacted some of the garnishees Amazon, eBay etc., they said they only accept the court order/documents from the court. They don't accept any documents from us directly. So please send the court garnishment release order to all the garnishees on Amazon, eBay, PayPal, Bank of America and Wells Fargo accounts, Landlord Sullyfield Properties etc. at your earliest convenience. I would deeply appreciate your help!

$5251.90: The plaintiff's counsel has picked up the check from the court

$6843.55: The plaintiff's counsel has picked up the check from the court

$255,045.59: Bank of America mailed the cashier's check on 11/23/21 and the plaintiff's counsel received the check on 11/24/21 and cashed the check on 12/6/21.

$5251.9+$6843.55+$255,045.59=$267,141.04: This amount has been paid.

$21,782.80 was deducted through our Amazon's account on 12/15/21

$267,141.04+$21,782.80=$288,923.84 (The total amount that General Counsel PC has received.)

The total amount for the garnishment is $286,659.33

$286,659.33-$267,141.04(Has been paid)- $21,782.80 (has been paid) = -$2264.51(over charged). So General Counsel PC owes us $2264.51. Please return the paper check of $19,518.29 that I paid on 12/8 (Check# 1520). This check is VOID.

As of Dec 15th, 2021, the total amount of the garnishment in the amount of $286,659.33 has been overpaid in $288,923.84. Please refund us $2264.51. Since the total garnishment has been paid in full, Thank you!

Sincerely,

Jeff Z. Xu
Aston Technologies Inc.
14303 Sullyfield Cir Ste G
Chantilly, VA 20151
Cell: 202-747-4977
Email: xyx799@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_Alexandria_ DIVISION

FILED

WENTAO LI
_____
Plaintiff(s),

2022 FEB -1  P 3:59

v.

Civil Action Number: 1:20-CV-241

JEFF XU/ASTON TECHNOLOGIES, INC
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Garnishment Release Letter_.
**(Title of Document)**

JEFF XU
_____
Name of *Pro Se* Party (Print or Type)

[signature]
_____
Signature of *Pro Se* Party

Executed on: __2/1/22__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)